UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-CV-24060-KMW

ANDY YU, derivatively on behalf of OPKO HEALTH, INC.,

    Plaintiff,

v.

PHILLIP FROST, ADAM LOGAL, JUAN F. RODRIGUEZ, JANE H. HSIAO, STEVEN RUBIN, ROBERT A. BARON, THOMAS E. BEIER, DMITRY KOLOSOV, RICHARD M. KRASNO, RICHARD A. LERNER, JOHN A. PAGANELLI, RICHARD C. PFENNIGER, ALICE LIN-TSING YU, and FROST GAMMA INVESTMENTS TRUST,

    Defendants,

and

OPKO HEALTH, INC.,

    Nominal Defendant.

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

The parties to this lawsuit, Plaintiff Andy Yu, Defendants Dr. Phillip Frost, Adam Logal, Juan F. Rodriguez, Jane H. Hsiao, Steven Rubin, Robert A. Baron, Thomas E. Beier, Dmitry Kolosov, Richard M. Krasno, Richard A. Lerner, John A. Paganelli, Richard C. Pfenniger, Alice Lin-Tsing Yu, and Frost Gamma Investments Trust, and Nominal Defendant OPKO Health, Inc., hereby file this Stipulation to Dismiss Case With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stating as follows:

56007446;1

2

    1.       Plaintiff initiated the above-captioned shareholder derivative case on October 2, 2018 (the "Action").

    2.       On November 2, 2020, Delaware Court of Chancery granted final approval to a settlement and entered an Order and Final Judgment in *In re OPKO Health Inc. Derivative Action*, Consolidated C.A. No.: 2018-0740-SF (Del. Ch.) (the "Delaware Action").  Among other things, the Order and Final Judgment in the Delaware Action releases and bars Plaintiff's claims asserted in the Action.

    3.       Based on the foregoing, Plaintiff and Defendants hereby stipulate that this action shall be dismissed with prejudice, with each side bearing their own attorneys' fees and costs.

DATED:  January 13, 2021

MATHEWS GIBERSON LLP
219 Davie Blvd.
Fort Lauderdale, FL  33315
Tel: (954) 463-1929
By: /s/ Walter Mathews
       Walter J. Mathews
       Fla. Bar No.: 0174319
       Email: wjm@mathewsllp.com
       Guy F. Giberson
       Bar No. 627402
       Email: gfg@mathewsllp.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
Stuart J. Guber
240 Townsend Square
Oyster Bay, NY  11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Andy Yu*

| | |
|---|---|
| DATED:  January 13, 2021 | AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida  33131<br>Tel.: (305) 374-5600<br>Fax: (305) 374-5095<br><br>By: /s/ Brian P. Miller<br>    Brian P. Miller, Esq.<br>    Florida Bar No. 0980633<br>    E-mail: brian.miller@akerman.com<br>    Samantha J. Kavanaugh, Esq.<br>    Florida Bar No. 0194662<br>    E-mail: samantha.kavanaugh@akerman.com<br><br>*Attorneys for Nominal Defendant OPKO Health, Inc. and Defendants Adam Logal, Juan F. Rodriguez, Jane H. Hsiao, Steven Rubin, Robert A. Baron, Thomas E. Beier, Dmitry Kolosov, Richard M. Krasno, Richard A. Lerner, John A. Paganelli, Richard C. Pfenniger, and Alice Lin-Tsing Yu* |
| DATED:  January 13, 2021 | KING & SPALDING LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, Georgia 30309<br>Tel.: (404) 572-4600<br>Fax: (404) 572-5100<br><br>By: /s/ Lisa Bugni<br>    Lisa Bugni, Esq.<br>    Florida Bar No. 648191<br>    E-mail: lbugni@kslaw.com<br><br>MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.<br>565 Fifth Avenue<br>New York, New York  10017<br>Tel.: (212) 856-9600<br>Fax: (212) 856-9494<br>Robert J. Anello, Esq. (admitted pro hac vice)<br>E-mail: ranello@maglaw.com<br>Edward M. Spiro, Esq.(admitted pro hac vice)<br>E-mail: espiro@maglaw.com<br><br>*Attorneys for Defendants Phillip Frost and Frost Gamma Investments Trust* |